UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| WM ROBERSON § § Plaintiff. § § § VS. § THE BANK OF NEW YORK MELLON, § STEVE LEVA, and § JEFFRY B. LEWIS § § Defendants. § | CIVIL ACTION NO. 3:17–CV–00190 |

**ORDER ADOPTING MAGISTRATE JUDGE'S
<u>MEMORANDUM AND RECOMMENDATION</u>**

On April 27, 2018, this case was referred to United States Magistrate Judge Andrew M. Edison. (Dkt. 55). On May 23, 2018, Judge Andrew M. Edison filed a Memorandum and Recommendation (Dkt. 64) recommending that (1) Defendant BONY's Corrected Motion for Summary Judgment (Dkt. 43) be GRANTED; and (2) Plaintiff's Motion for Summary Judgment, and Supplemental Response to BONY's Motion for Summary Judgment Supported by Memorandun [sic] of Law and Affidavit (Dkt. 49) be DENIED.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Defendant BONY's Corrected Motion for Summary Judgment (Dkt. 43) is **GRANTED**;

(3) Plaintiff's Motion for Summary Judgment, and Supplemental Response to BONY's Motion for Summary Judgment Supported by Memorandun [sic] of Law and Affidavit (Dkt. 49) is **DENIED**;

(4) Plaintiff's Motion for Copy of BONY's Motion for Summary Judgment Exhibit-I, and Motion to Extend Time to File Objections to Memorandum (Dkt. 68) is **DENIED**; and

(5) This case is **DISMISSED**.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 21st day of June, 2018.

_____
George C. Hanks Jr.
United States District Judge